ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| SEPTA Holding LLC | ) ASBCA No. 63401 |
| | ) |
| Under Contract No. W912D2-20-P-0056 | ) |

APPEARANCE FOR THE APPELLANT:     Patrick B. Kernan, Esq.
                                                                    Kernan and Associates
                                                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                                                        Army Chief Trial Attorney
                                                                        CPT Paula F. Barr, JA
                                                                        Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: November 3, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63401, Appeal of SEPTA Holding LLC, rendered in conformance with the Board's Charter.

Dated: November 3, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services